UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                       Plaintiff,<br><br>- against -<br><br>TECH TIMES LLC,<br><br>                       Defendant. | Docket No. 17-cv-03511<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Steve Sands ("Sands" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Tech Times LLC ("Tech Times" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of actress Krysten Ritter as Jessica Jones, owned and registered by Sands, a New York City-based photojournalist. Accordingly, Sands seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Sands is a professional photojournalist in the business of licensing his photographs to online, print, and television media outlets for a fee, having a usual place of business at 568 Grand Street, Apt. J903, New York, New York 10002. Sands' photographs have appeared in many publications around the United States.

6. Upon information and belief, Tech Times is a limited liability company duly organized and existing under the laws of the State of New York, with a place of business at 140 Broadway, 46th Floor, New York, New York 10005. Upon information and belief, Tech Times is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Tech Times has owned and operated a website at the URL: www.techtimes.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. On March 10, 2015, Sands photographed actress Krysten Ritter on set as Jessica Jones (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Sands is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-009-612.

### B. Defendant's Infringing Activities

10. Upon information and belief, on or about November 24, 2015, Tech Times ran an article on the Website entitled *The Second Season of 'Jessica Jones' Could Be Delayed By 'The*

*Defenders'*. See http://www.techtimes.com/articles/110298/20151124/the-second-season-of-jessica-jones-could-be-delayed-by-the-defenders.htm. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

11.     Tech Times did not license the Photograph from Plaintiff for its article, nor did Tech Times have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST TECH TIMES)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Tech Times infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on its Website. Tech Times is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the aforementioned acts of infringement by Tech Times have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

16.     As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and Defendant's profits pursuant to 17 U.S.C. § 504(b).

17. Defendant's conduct, described above, is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Tech Times be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

    Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated:   May 10, 2017
           Valley Stream, New York

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/ Kamanta C. Kettle

                                                Richard P. Liebowitz
                                                Kamanta C. Kettle
                                                11 Sunrise Plaza, Suite 305
                                                Valley Stream, New York 11580
                                                Telephone: (516) 233-1660
                                                RL@LiebowitzLawFirm.com
                                                KK@LiebowitzLawFirm.com

                                                *Attorneys for Plaintiff Steve Sands*